

# Missouri Court of Appeals
## Southern District

## OCTOBER 31, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33051

       Re:    GARY D. BICE,
              Movant-Appellant,
              vs.
              STATE OF MISSOURI,
              Respondent-Respondent.